# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARITA TURNER,

    Plaintiff,

v.                                      CASE NO: 13-CV-12744-DT

DANITRA CALLIGNTON,
ET AL.,

    Defendants.

_____/

## JUDGMENT

In accordance with the Order Adopting the Magistrate Judge's Report and Recommendation entered this date, June 18, 2014.

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED** in favor of Defendants and against the Plaintiff.

                        ENTERED BY ORDER OF THE COURT

                        S/Lisa G. Wagner
                        LISA G. WAGNER, CASE MANAGER
                        AND DEPUTY CLERK TO
                        JUDGE ROBERT H. CLELEND